NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCHLUMBERGER TECHNOLOGY CORPORATION,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2015-2076

---

Appeal from the United States Court of International Trade in No. 1:11-cv-00266-TCS, Chief Judge Timothy C. Stanceu.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellant United States' second motion to extend time to file defendant-appellant's principal brief until February 24, 2016,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

 January 20, 2016          /s/ Daniel E. O'Toole
       Date                  Daniel E. O'Toole
                                     Clerk of Court